UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ARI DAIE,

                                 **Case 1:26-cv-02338**

           **Plaintiff,**

       **-against-**

**PENN CREDIT CORPORATION,**

           **Defendants.**
-------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST DEFENDANT

## PENN CREDIT CORPORATION

Pursuant to F.R.C.P. 41(a)(1)(A) Plaintiff Ari Daie ("Plaintiff"), hereby voluntarily

dismisses Defendant **PENN CREDIT CORPORATION**, with prejudice.

Dated: April 27, 2026

                         Respectfully submitted,

                         Kevin C. Mallon
                         Mallon Consumer Law Group, PLLC
                         550 Kinderkamack Road, Suite 117
                         Oradell, NJ 07649
                         (646) 713-1008
                         kmallon@consmerprotectionfirm.com
                         *Attorneys for the Plaintiff*